United States Courts
Southern District of Texas
FILED

NOV 0 3 2025
400016469
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KENAN ALEXANDER**, Plaintiff, v. **JPMORGAN CHASE BANK, N.A.,** Defendant. | Civil Action No.: 4:25cv5239 |

COMPLAINT FOR VIOLATIONS OF THE ELECTRONIC FUND TRANSFER ACT, NEGLIGENCE, CONVERSION, BREACH OF CONTRACT, TEXAS DECEPTIVE TRADE PRACTICES ACT, IDENTITY THEFT ACT, AND BREACH OF GOOD FAITH

## I. INTRODUCTION

1. This action arises from Defendant JPMorgan Chase Bank, N.A.'s ("Chase") gross negligence, willful disregard of federal and Texas state law, and failure to safeguard Plaintiff's separate property from unauthorized access and theft.

2. Plaintiff entrusted his life savings, originating from a personal injury settlement legally classified as separate property under Texas Family Code § 3.001(3), to Chase for safekeeping.

3. Due to Chase's failure to verify identity, Defendant allowed Plaintiff's estranged wife, without his knowledge or consent, to enroll in online banking, change account contact information to her own, and execute numerous unauthorized Zelle transfers depleting Plaintiff's account.

4. On August 19, 2025, Chase issued a denial letter refusing reimbursement, citing false grounds: (1) "community property rights," (2) a "60-day liability rule," and (3) no evidence of "account takeover"

5. This Complaint seeks full restitution, statutory damages, punitive damages, injunctive

relief, and attorney's fees for Defendant's violations of the **Electronic Fund Transfer Act (15 U.S.C. § 1693 et seq.)**, **Regulation E (12 C.F.R. § 1005)**, Texas statutory protections, and common law.

## II. JURISDICTION AND VENUE

5. This Court has **federal question jurisdiction** under 28 U.S.C. § 1331 because this action arises under the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693 et seq.

6. This Court has **supplemental jurisdiction** over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a), as they arise from the same nucleus of operative facts.

7. Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant conducts business in Harris County, Texas, and the events giving rise to the claims occurred within this District.

## III. PARTIES

8. **Plaintiff**: KENAN ALEXANDER, a natural person residing in Harris County, Texas.

9. **Defendant**: JPMorgan Chase Bank, N.A., a national banking association with its principal place of business at 270 Park Avenue, New York, NY 10017, authorized to do business in Texas.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's Settlement Funds and Account

10. On or about July 11, 2017 Plaintiff received a personal injury settlement award for injuries sustained during marriage.

11. Under Texas Family Code § 3.001(3), such settlement funds are **separate property** unless specifically for loss of earning capacity, which they were not.

12. Plaintiff deposited these funds into his individual account at Chase as his life savings. Being disabled, Plaintiff depends entirely on these funds for basic living expenses.

## B. Unauthorized Access and Theft

13. On or about October 7, 2024, Plaintiff's estranged wife, **Dayana Alexander**, left their residence and did not return.

14. Prior to leaving, Ms. Alexander and Plaintiff's aunt, Wendy Green, visited a Chase branch to run errands.

15. In mid-October 2024, Plaintiff attempted to make a withdrawal and was informed there were insufficient funds.

16. Upon review, Plaintiff discovered numerous **unauthorized Zelle transfers** made from his account, most bearing the first name "Dayana" as recipient.

17. Plaintiff immediately reported the matter to Chase, initiating case no. **ECW241112-07109**.

## C. Chase's Role in Enabling Fraud

18. In February or March 2025, while visiting a Chase branch with his aunt, Plaintiff learned that his account was registered for online banking , a service he never requested or authorized.

19. The banker verified contact information on file:

- **Phone number**: 281-210-4043 (Dayana Alexander's)
- **Email**: dayanaalexander02@yahoo.com (Dayana Alexander's)

20. Plaintiff's actual contact information at the time is:

- Phone: 281-903-4973
- Email: kenanalexander@yahoo.com

- Plaintiff current email address is Godfirst103077@gmail.com

21. This discovery confirmed that Chase permitted a third party, Plaintiff's estranged wife, to enroll in online banking and change contact information without verifying identity in compliance with EFTA and internal security protocols.

22. Chase's system thus enabled repeated unauthorized transfers, depleting Plaintiff's account in violation of **15 U.S.C. § 1693f** and **12 C.F.R. § 1005.6**.

23. Defendant's denial letter dated August 19, 2025, admitted knowledge of Plaintiff's complaint and claim but falsely asserted:

- Plaintiff lived in a "community property" state and thus his spouse had rights to the funds.
- Plaintiff failed to dispute within 60 days of the first unauthorized transaction.
- No account takeover occurred because the online profile allegedly dated back to 2013.

24. Plaintiff never enrolled in online banking, never consented to the use of his estranged wife's contact information, and never received account statements or notices at her email or phone.

25. As such, the 60-day liability clock never began to run, and Defendant's reliance on community property law is legally incorrect under Texas Family Code § 3.001(3).


**D. Resulting Harm**

26. Plaintiff lost the entirety of his settlement funds.

27. Plaintiff has suffered emotional distress, anxiety, and loss of financial security due to Chase's conduct.

28. Defendant has refused to fully reimburse Plaintiff despite his timely notification and provision of evidence.

## V. CAUSES OF ACTION

**Count 1 – Violation of the Electronic Fund Transfer Act (EFTA)**
(15 U.S.C. § 1693 et seq., 12 C.F.R. § 1005)

26. Plaintiff incorporates all prior allegations.

27. Defendant failed to obtain Plaintiff's authorization for electronic transfers, failed to verify identity before granting online banking access, and failed to investigate and resolve the dispute as required by 15 U.S.C. § 1693f.

28. Defendant is strictly liable for unauthorized transfers under 15 U.S.C. § 1693g.

**Count 2 – Negligence**

29. Defendant owed Plaintiff a duty of reasonable care in safeguarding his account and verifying identity before allowing changes to account access.

30. Defendant breached that duty by allowing a non-account holder to enroll in online banking and execute unauthorized transfers.

31. Defendant's breach was the direct and proximate cause of Plaintiff's financial loss and emotional harm.

**Count 3 – Conversion**

32. Plaintiff had legal ownership and right to possession of the funds in his account.

33. Defendant wrongfully enabled a third party to exercise dominion and control over those funds without Plaintiff's consent, resulting in permanent deprivation.

**Count 4 – Breach of Contract**

34. Defendant's deposit agreement with Plaintiff required safeguarding account information

and processing only authorized transactions.

35. Defendant breached these terms by permitting unauthorized access and failing to restore

misappropriated funds.

## Count 5 – Violation of Texas Deceptive Trade Practices Act (DTPA)

36. Defendant's acts and omissions constitute false, misleading, and deceptive practices

under Texas Business & Commerce Code § 17.46.

37. Defendant failed to disclose material facts about the unauthorized online banking

enrollment and misrepresented account security measures.

## Count 6 – Violation of Texas Identity Theft Enforcement and Protection Act (TITEPA)
(Tex. Bus. & Com. Code § 521.151)

37. Plaintiff incorporates all prior allegations.

38. Defendant permitted Plaintiff's estranged wife to fraudulently use her personal identifiers

(email/phone) to access Plaintiff's account.

39. Defendant failed to implement reasonable procedures to protect Plaintiff's identifying

information.

40. As a result, Plaintiff suffered identity theft, loss of funds, and financial harm.

## Count 7 – Breach of Fiduciary Duty / Good Faith and Fair Dealing

42. As Plaintiff's depository bank, Defendant owed Plaintiff a duty of good faith and fair

dealing.

43. Defendant acted in bad faith by denying Plaintiff's claim on fabricated grounds,

concealing the true account takeover, and refusing reimbursement.

44. Defendant's conduct was reckless, malicious, and in conscious disregard of Plaintiff's

rights, warranting punitive damages.

## VI. DAMAGES

38. Plaintiff seeks:

- Actual damages of **$260,000.00**, representing unauthorized withdrawals and Zelle transfers;
- Statutory damages under the Electronic Fund Transfer Act;
- Treble damages under the Texas Deceptive Trade Practices Act;
- Compensatory damages for emotional distress, anxiety, and financial harm for **$9,000,000.00**;
- Punitive damages in an amount not less than **$1,000,000.00** to punish Defendant's willful misconduct and deter similar conduct in the future;
- Court fees and costs.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A.   Enter judgment in favor of Plaintiff and against Defendant;

B.   Award Plaintiff full restitution of all unauthorized transfers;

C.   Award statutory damages under the EFTA;

D.   Award compensatory and punitive damages;

E.   Award Court fees and costs;

F.   Enter injunctive relief requiring Defendant to implement stronger identity verification protocols; and

G.   Grant such other and further relief as the Court deems just and proper.

H.   Enter judgment declaring Chase's denial letter (Exhibit A) unlawful and contrary to Plaintiff's rights under Texas law and EFTA.

## VIII. EXHIBITS

- **Exhibit A:** Chase Denial Letter (October 23, 2024)
- **Exhibit B:** Settlement award document (showing separate property status).
- **Exhibit C:** Bank statements with unauthorized Zelle transfers.
- **Exhibit D:** Affidavit of Wendy Green (aunt, eyewitness to discovery of unauthorized
- contact info).
- **Exhibit E:** Plaintiff's affidavit (denying consent to online banking).
- **Exhibit G:** Excerpt of Texas Family Code § 3.001(3).

## VERIFICATION

I, KENAN ALEXANDER, declare under penalty of perjury under the laws of the United States of America that the foregoing Complaint is true and correct to the best of my knowledge, information, and belief.

Executed on this 3*rd* day of *November*, 2025, at Cypress, Texas.

**Respectfully submitted,**

By: _____

KENAN ALEXANDER – Pro Se
15703 TWISTING SPRINGS DR
CYPRESS, TX 77433
281-903-4973
kenanalexander@yahoo.com

Date: 11/3/2025

EXHIBIT A



PO Box 44959
Indianapolis, IN 46244-4959

**Questions?**

💻 www.chase.com
📞 1-866-564-2262
📠 1-866-701-9886
We accept operator relay calls

33815 CC1 201 020 29824 NNNNNNNNNNNN CLMS0003 E
**KENAN ALEXANDER**
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572

October 23, 2024

## Update: **We have updated information about your claim**

Date of inquiry: 10/18/2024
Claim number: 695005851880001
Card ending in:
Claim related to account ending in: 2005

Dear KENAN ALEXANDER:

We have researched the transaction(s) you reported on 10/18/2024.

**Here's what you should know**
- We found that the transaction(s) was processed according to the information you provided or was authorized.
- No adjustment will be made to your account at this time.
- Contact us if you would like to request the information we used for our research.

If you have questions, please call us at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC

EXHIBIT B

CAUSE NO. 2014CI17064

| | | |
|---|---|---|
| KENAN ALEXANDER | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| RIPLEY ENTERTAINMENT, INC. | § | 166th JUDICIAL DISTRICT |

## SETTLEMENT STATEMENT

**TOTAL SETTLEMENT:**                                **$ 1,775,000.00**
    Less Attorney's Fee (38%)                         -674,500.00
    Less S&C Case Expenses (attached)           -342,538.28

**SETTLEMENT TO CLIENT**                           **757,961.72**
    Less Loans (98,380) / Int. (7,223.77) during case    -105,603.77

**NET SETTLEMENT TO CLIENT**                  **652,357.95**
    Plus Write Off portion of Attorney's Fee      +147,642.05

**AGREED SETTLEMENT TO CLIENT**             **800,000.00**

**SETTLEMENT FUNDS TO CLIENT**       **$ 800,000.00**
    Less Advances on settlement funds        -20,470.00
    **Remaining Funds Due Client**             **779,530.00**

July 11, 2017

## CHASE ◉

August 03, 2017 through August 16, 2017
Primary Account: **000000931912005**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$0.00** |
| 08/08 | Chase New Acct   Deposit | PPD ID: 3314148768 | **25.00** | 25.00 |
| | **Ending Balance** | | | **$25.00** |

## CHASE PLUS SAVINGS

KENAN K ALEXANDER                                   Account Number: 000003618038672

### SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 260,101.27 |
| **Ending Balance** | **$260,101.27** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $1.27 |
| Interest Paid Year-to-Date | $1.27 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$0.00** |
| 08/08 | Chase New Acct   Deposit | PPD ID: 3314148768 | **100.00** | 100.00 |
| 08/09 | Deposit        903321844 | | **260,000.00** | 260,100.00 |
| 08/16 | Interest Payment | | **1.27** | 260,101.27 |
| | **Ending Balance** | | | **$260,101.27** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

EXHIBIT C

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 19, 2018 through July 18, 2018
Primary Account: ●●●●●●●●●2005

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00257207 DRE 201 219 20018 NNNNNNNNNNN   1 000000000 12 0000
KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ●●●●●●●2005 | $443.44 | $34.06 |
| Chase Plus Savings | ●●●●●●●8672 | 225,121.25 | 221,130.38 |
| Total | | $225,564.69 | $221,164.44 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$225,564.69** | **$221,164.44** |

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER

Account Number: ●●●●●●●●2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$443.44** |
| Deposits and Additions | 4,132.00 |
| Electronic Withdrawals | -4,473.38 |
| Fees | -68.00 |
| **Ending Balance** | **$34.06** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.02 |



June 19, 2018 through July 18, 2018
Primary Account: ●●●●●●●●●2005

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$443.44** |
| 06/21 | Quickpay With Zelle Payment To Dayana 7249808327 | -400.00 | 43.44 |
| 06/26 | Prog County Mut Ins Prem          PPD ID: 9409348153 | -182.16 | -138.72 |
| 06/26 | Conn's 1-877-358 Web Pay      000000952166237 Web ID: 1222528268 | -160.91 | -299.63 |
| 06/26 | Insufficient Funds Fee For A $182.16 Item - Details: Prog County Mut Ins Prem          PPD ID: 9409348153 | -34.00 | -333.63 |
| 06/26 | Insufficient Funds Fee For A $160.91 Item - Details: Conn's 1-877-358 Web Pay   000000952166237 Web ID: 1222528268 | -34.00 | -367.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -333.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -299.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -265.63 |
| 06/28 | Insufficient Funds Fee Refund | 30.00 | -235.63 |
| 06/29 | Online Transfer From Mma ...8672 Transaction#: 7269304095 | 1,000.00 | 764.37 |
| 06/29 | Quickpay With Zelle Payment To Dayana 7269305073 | -600.00 | 164.37 |
| 07/05 | Online Transfer From Mma ...8672 Transaction#: 7287436634 | 500.00 | 664.37 |
| 07/05 | Quickpay With Zelle Payment To Dayana 7287437409 | -200.00 | 464.37 |
| 07/05 | Quickpay With Zelle Payment To Dayana Alexander 7287437920 | -200.00 | 264.37 |
| 07/09 | Online Transfer From Mma ...8672 Transaction#: 7295798552 | 500.00 | 764.37 |
| 07/09 | Quickpay With Zelle Payment To Dayana 7295799340 | -200.00 | 564.37 |
| 07/09 | Quickpay With Zelle Payment To Dayana Alexander 7295800051 | -500.00 | 64.37 |
| 07/13 | Online Transfer From Mma ...8672 Transaction#: 7312642823 | 1,000.00 | 1,064.37 |
| 07/13 | Quickpay With Zelle Payment To Dayana 7312643668 | -500.00 | 564.37 |
| 07/13 | Quickpay With Zelle Payment To Dayana Alexander 7312644483 | -500.00 | 64.37 |
| 07/16 | Affirm.Com Payme Affirm.Com Affirm.Com Paym Web ID: 1800948598 | -30.31 | 34.06 |
| 07/18 | Online Transfer From Mma ...8672 Transaction#: 7325025800 | 1,000.00 | 1,034.06 |
| 07/18 | Quickpay With Zelle Payment To Dayana 7325026514 | -500.00 | 534.06 |
| 07/18 | Quickpay With Zelle Payment To Dayana Alexander 7325027148 | -500.00 | 34.06 |
| | **Ending Balance** | | **$34.06** |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can continue to avoid this fee during any statement period.
• **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $224,059.00)

• **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft Fees * | $68.00 | $170.00 |
| Total Returned Item Fees | $.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| **Total Refunds for Overdraft or Returned Item Fees Identified above:** | $132.00 | $234.00 |

# CHASE 

June 19, 2018 through July 18, 2018

Primary Account: ▮▮▮▮2005

## CHASE PLUS SAVINGS

KENAN K ALEXANDER                                Account Number: ▮▮▮▮▮▮▮▮8672

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $225,121.25 |
| Deposits and Additions | 9.13 |
| Electronic Withdrawals | -4,000.00 |
| Ending Balance | $221,130.38 |
| | |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Paid This Period | $9.13 |
| Interest Paid Year-to-Date | $60.12 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $225,121.25 |
| 06/29 | 06/29 Online Transfer To Chk ...2005 Transaction#: 7269304095 | -1,000.00 | 224,121.25 |
| 07/05 | 07/04 Online Transfer To Chk ...2005 Transaction#: 7287436634 | -500.00 | 223,621.25 |
| 07/09 | 07/07 Online Transfer To Chk ...2005 Transaction#: 7295798552 | -500.00 | 223,121.25 |
| 07/13 | 07/13 Online Transfer To Chk ...2005 Transaction#: 7312642823 | -1,000.00 | 222,121.25 |
| 07/18 | 07/18 Online Transfer To Chk ...2005 Transaction#: 7325025800 | -1,000.00 | 221,121.25 |
| 07/18 | Interest Payment | 9.13 | 221,130.38 |
|  | Ending Balance |  | $221,130.38 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 •   Your name and account number
 •   The dollar amount of the suspected error
 •   A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Sequence Number   Posting Date Tue Jun 18 2024   Amount

## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 17, 2024 through June 18, 2024
Primary Account: ●●●●●●●●●2005

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00420380 DRE 201 219 17124 NNNNNNNNNNN  1 000000000 12 0000
KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 000000931912005 | $0.52 | $4,390.57 |
| Chase Premier Savings | 000003618038672 | 19,721.73 | 3,394.20 |
| Total | | **$19,722.25** | **$7,784.77** |
| | | | |
| **TOTAL  ASSETS** | | **$19,722.25** | **$7,784.77** |

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER                                        Account Number: ●●●●●●●●2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.52** |
| Deposits and Additions | 16,020.05 |
| Electronic Withdrawals | -11,605.00 |
| Fees | -25.00 |
| **Ending Balance** | **$4,390.57** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.03 |



May 17, 2024 through June 18, 2024
Primary Account: ⬛⬛⬛⬛⬛2005

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| | **Beginning Balance** | | **$0.52** |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20821712658 | 1,000.00 | 1,000.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20839163059 | 1,000.00 | 2,000.52 |
| 05/20 | Zelle Payment From Samuel August Rgn0lmlfepcd | 20.00 | 2,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahas7Qm | -1,000.00 | 1,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahearpr | -1,000.00 | 20.52 |
| 05/30 | Online Transfer From Sav ...8672 Transaction#: 20934204097 | 2,000.00 | 2,020.52 |
| 05/30 | Zelle Payment To Dayana Jpm99Ahvvhjt | -2,000.00 | 20.52 |
| 05/31 | Online Transfer From Sav ...8672 Transaction#: 20948989030 | 1,000.00 | 1,020.52 |
| 05/31 | Zelle Payment To Dayana Jpm99Ahy3Vfh | -1,000.00 | 20.52 |
| 06/03 | Online Transfer From Sav ...8672 Transaction#: 20981523465 | 1,000.00 | 1,020.52 |
| 06/03 | Zelle Payment To Dayana Jpm99Ai4Uyqb | -1,000.00 | 20.52 |
| 06/06 | Online Transfer From Sav ...8672 Transaction#: 21011434924 | 10,000.03 | 10,020.55 |
| 06/06 | Zelle Payment To Dayana Jpm99Aia5Fd2 | -1,000.00 | 9,020.55 |
| 06/07 | Zelle Payment To Aaron 21027491547 | -850.00 | 8,170.55 |
| 06/07 | Zelle Payment To Gerardo 21030309584 | -200.00 | 7,970.55 |
| 06/10 | Zelle Payment To Dayana Jpm99Aiff2Zt | -500.00 | 7,470.55 |
| 06/10 | Zelle Payment To Martin 21039241365 | -55.00 | 7,415.55 |
| 06/11 | Zelle Payment To Dayana Jpm99Aik92Si | -500.00 | 6,915.55 |
| 06/12 | Zelle Payment To Dayana Jpm99Ailxr8M | -500.00 | 6,415.55 |
| 06/13 | Zelle Payment To Dayana Jpm99Ainid1S | -500.00 | 5,915.55 |
| 06/17 | Zelle Payment To Dayana Jpm99Aisidp8 | -1,500.00 | 4,415.55 |
| 06/18 | Interest Payment | 0.02 | 4,415.57 |
| 06/18 | Monthly Service Fee | -25.00 | 4,390.57 |
| | **Ending Balance** | | **$4,390.57** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.
* **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $14,594.00)

  *Talk to a banker about transferring your balances to Chase today!*

* **OR,** **authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## CHASE ⬤

February 17, 2024 through March 18, 2024

Primary Account: ██████████ 2005



## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $28,921.55 |
| 02/26 | 02/25 Online Transfer To Chk ...2005 Transaction#: 19971106155 | -500.00 | 28,421.55 |
| 02/26 | 02/25 Online Transfer To Chk ...2005 Transaction#: 19973724562 | -500.00 | 27,921.55 |
| 02/28 | 02/28 Online Transfer To Chk ...2005 Transaction#: 19997391986 | -1,000.00 | 26,921.55 |
| 03/01 | 03/01 Online Transfer To Chk ...2005 Transaction#: 20027569587 | -500.00 | 26,421.55 |
| 03/12 | Verizon Wireless Payments  054255429700001 CCD ID: 6223344794 | -320.64 | 26,100.91 |
| 03/18 | Interest Payment | 0.46 | 26,101.37 |
| | Ending Balance | | $26,101.37 |

You earned a higher interest rate on your Chase Premier Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



February 17, 2024 through March 18, 2024
Primary Account: ██████████2005

This Page Intentionally Left Blank



**CHASE** ⬭

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051



May 17, 2024 through June 18, 2024
Primary Account: ██████████2005

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00420380 DRE 201 219 17124 NNNNNNNNNNN  1 000000000 12 0000
KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572





## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ██████2005 | $0.52 | $4,390.57 |
| Chase Premier Savings | ██████6672 | 19,721.73 | 3,394.20 |
| **Total** | | **$19,722.25** | **$7,784.77** |
| | | | |
| **TOTAL  ASSETS** | | **$19,722.25** | **$7,784.77** |

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER                                    Account Number: ██████████2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.52** |
| Deposits and Additions | 16,020.05 |
| Electronic Withdrawals | -11,605.00 |
| Fees | -25.00 |
| **Ending Balance** | **$4,390.57** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.03 |

**CHASE** ◆

May 17, 2024 through June 18, 2024
Primary Account: ███████████ 2005

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| | **Beginning Balance** | | **$0.52** |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20821712658 | **1,000.00** | 1,000.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20839163059 | **1,000.00** | 2,000.52 |
| 05/20 | Zelle Payment From Samuel August Rgn0lmlfepcd | **20.00** | 2,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahas7Qm | -1,000.00 | 1,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahearpr | -1,000.00 | 20.52 |
| 05/30 | Online Transfer From Sav ...8672 Transaction#: 20934204097 | **2,000.00** | 2,020.52 |
| 05/30 | Zelle Payment To Dayana Jpm99Ahvvhjt | -2,000.00 | 20.52 |
| 05/31 | Online Transfer From Sav ...8672 Transaction#: 20948989030 | **1,000.00** | 1,020.52 |
| 05/31 | Zelle Payment To Dayana Jpm99Ahy3Vfh | -1,000.00 | 20.52 |
| 06/03 | Online Transfer From Sav ...8672 Transaction#: 20981523465 | **1,000.00** | 1,020.52 |
| 06/03 | Zelle Payment To Dayana Jpm99Ai4Uyqb | -1,000.00 | 20.52 |
| 06/06 | Online Transfer From Sav ...8672 Transaction#: 21011434924 | **10,000.03** | 10,020.55 |
| 06/06 | Zelle Payment To Dayana Jpm99Aia5Fd2 | -1,000.00 | 9,020.55 |
| 06/07 | Zelle Payment To Aaron  21027491547 | -850.00 | 8,170.55 |
| 06/07 | Zelle Payment To Gerardo 21030309584 | -200.00 | 7,970.55 |
| 06/10 | Zelle Payment To Dayana Jpm99Aiff2Zt | -500.00 | 7,470.55 |
| 06/10 | Zelle Payment To Martin 21039241365 | -55.00 | 7,415.55 |
| 06/11 | Zelle Payment To Dayana Jpm99Aik92Si | -500.00 | 6,915.55 |
| 06/12 | Zelle Payment To Dayana Jpm99Aibxr8M | -500.00 | 6,415.55 |
| 06/13 | Zelle Payment To Dayana Jpm99Ainid1S | -500.00 | 5,915.55 |
| 06/17 | Zelle Payment To Dayana Jpm99Aisidp8 | -1,500.00 | 4,415.55 |
| 06/18 | Interest Payment | **0.02** | 4,415.57 |
| 06/18 | Monthly Service Fee | -25.00 | 4,390.57 |
| | **Ending Balance** | | **$4,390.57** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.

* **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
(Your average qualifying deposit and investment balance was $14,594.00)

   *Talk to a banker about transferring your balances to Chase today!*

* **OR,** authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
(You do not have a qualifying Chase mortgage)

   *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**



May 17, 2024 through June 18, 2024
Primary Account: ████████2005

## CHASE PREMIER SAVINGS

KENAN K ALEXANDER

Account Number: ██████████8672



### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$19,721.73** |
| Deposits and Additions | 0.21 |
| Electronic Withdrawals | -16,327.74 |
| **Ending Balance** | **$3,394.20** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.21 |
| Interest Paid Year-to-Date | $2.61 |

The monthly service fee for this account was waived as an added feature of a linked Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$19,721.73** |
| 05/20 | 05/18 Online Transfer To Chk ...2005 Transaction#: 20821712658 | -1,000.00 | 18,721.73 |
| 05/20 | 05/20 Online Transfer To Chk ...2005 Transaction#: 20839163059 | -1,000.00 | 17,721.73 |
| 05/30 | 05/30 Online Transfer To Chk ...2005 Transaction#: 20934204097 | -2,000.00 | 15,721.73 |
| 05/31 | 05/31 Online Transfer To Chk ...2005 Transaction#: 20948989030 | -1,000.00 | 14,721.73 |
| 06/03 | 06/03 Online Transfer To Chk ...2005 Transaction#: 20981523465 | -1,000.00 | 13,721.73 |
| 06/06 | 06/06 Online Transfer To Chk ...2005 Transaction#: 21011434924 | -10,000.03 | 3,721.70 |
| 06/11 | Verizon Wireless Payments    054255429700001 CCD ID: 6223344794 | -327.71 | 3,393.99 |
| 06/18 | Interest Payment | 0.21 | 3,394.20 |
| | **Ending Balance** | | **$3,394.20** |

You earned a higher interest rate on your Chase Premier Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**CHASE** 

May 17, 2024 through June 18, 2024
Primary Account: ███████████2005

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# KENAN K ALEXANDER

## CHASE PREMIER PLUS CHECKING (....2005)

**Available balance**

$ **42** 58

**Present balance**

$42.58

**Next statement closing date**

OCT 16, 2024

| Posted | Description | Type | Amount | Balance |
|--------|-------------|------|--------|---------|
| 📋  Recent transactions | | | | |
| SEP 18, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $42.58 |
| SEP 3, 2024 | Zelle payment to ELITE BRAIDS & NATURAL HAIR LLC JPM99an2wcy3 | Zelle | -$214.00 | $67.58 |
| SEP 3, 2024 | Online Transfer from SAV ...8672 transaction#: 21940440095 | Account transfer | $250.00 | $281.58 |
| AUG 16, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $31.58 |
| JUL 19, 2024 | BY1 Refund of MONTHLY SERVICE FEE charged 07-17-2024 | Refund | $25.00 | $56.58 |
| JUL 17, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $31.58 |
| JUL 17, 2024 | INTEREST PAYMENT | Deposit | $0.01 | $56.58 |
| JUL 9, 2024 | Zelle payment to DAYANA JPM99ak1p1bw | Zelle | -$500.00 | $56.57 |
| JUL 9, 2024 | Zelle payment to MARTIN 21352826608 | Zelle | -$40.00 | $556.57 |
| JUL 9, 2024 | Online Transfer from SAV ...8672 transaction#: 21354796552 | Account transfer | $500.00 | $596.57 |
| JUL 5, 2024 | Zelle payment from SERENA TAVASSOLI 21318337739 | Zelle | $1.00 | $96.57 |
| JUL 1, 2024 | Zelle payment to DAYANA JPM99ajj0i0n | Zelle | -$500.00 | $95.57 |
| JUL 1, 2024 | Zelle payment to DAYANA JPM99ajilfx9 | Zelle | -$500.00 | $595.57 |
| JUL 1, 2024 | Online Transfer from SAV ...8672 transaction#: 21253903457 | Account transfer | $500.00 | $1,095.57 |
| JUN 28, 2024 | Zelle payment to Sam JPM99ajghet5 | Zelle | -$500.00 | $595.57 |
| JUN 28, 2024 | Zelle payment to DAYANA JPM99ajfrc5x | Zelle | -$500.00 | $1,095.57 |
| JUN 27, 2024 | Zelle payment to MARTIN 21223428647 | Zelle | -$55.00 | $1,595.57 |
| JUN.26, 2024 | Zelle payment to DAYANA JPM99ajb5x3x | Zelle | -$500.00 | $1,650.57 |
| JUN 25, 2024 | Zelle payment to DAYANA JPM99aj90pjy | Zelle | -$500.00 | $2,150.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj7841g | Zelle | -$200.00 | $2,650.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj5i2jx | Zelle | -$500.00 | $2,850.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj4pztx | Zelle | -$500.00 | $3,350.57 |
| JUN 21, 2024 | Zelle payment to DAYANA JPM99aj3lfz8 | Zelle | -$500.00 | $3,850.57 |
| JUN 21, 2024 | Zelle payment to MARTIN 21166308319 | Zelle | -$40.00 | $4,350.57 |
| JUN 18, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $4,390.57 |
| JUN 18, 2024 | INTEREST PAYMENT | Deposit | $0.02 | $4,415.57 |
| JUN 17, 2024 | Zelle payment to DAYANA JPM99aisidp8 | Zelle | -$1,500.00 | $4,415.55 |
| JUN 13, 2024 | Zelle payment to DAYANA JPM99ainid1s | Zelle | -$500.00 | $5,915.55 |
| JUN 12, 2024 | Zelle payment to DAYANA JPM99ailxr8m | Zelle | -$500.00 | $6,415.55 |
| JUN 11, 2024 | Zelle payment to DAYANA JPM99aik92si | Zelle | -$500.00 | $6,915.55 |
| JUN 10, 2024 | Zelle payment to MARTIN 21039241365 | Zelle | -$55.00 | $7,415.55 |
| JUN 10, 2024 | Zelle payment to DAYANA JPM99aiff2zt | Zelle | -$500.00 | $7,470.55 |

*"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."*

JP Morgan Chase Bank N.A. Member FDIC

## KENAN K ALEXANDER

### CHASE PREMIER SAVINGS (....8672)

Available balance
$**-1,799**⁴¹

Present balance
-$1,799.41

Next statement closing date
OCT 16, 2024

| Posted | Description | Type | Amount | Balance |
|---|---|---|---|---|
| **Pending transactions** | | | | |
| Pending | ORIG CO NAME:VERIZON WIRELESS CO ENTRY DESCR:PAYMENTS SEC:CCD IND ID:054255429700001 ORIG ID:6223344794 | ACH | -$714.64 | -$1,799.41 |
| Pending | ORIG CO NAME:ACHMA VISB CO ENTRY DESCR:BILL PYMNT SEC:WEB IND ID:6390979 ORIG ID:0000751800 | ACH | -$1,743.18 | -$1,084.77 |
| **Recent transactions** | | | | |
| SEP 18, 2024 | INTEREST PAYMENT | Deposit | $0.01 | $658.41 |
| SEP 10, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$1,743.18 | $658.40 |
| SEP 3, 2024 | Online Transfer to CHK ...2005 transaction#: 21940440095 09/03 | Account transfer | -$250.00 | $658.40 |
| AUG 16, 2024 | INTEREST PAYMENT | Deposit | $0.02 | $908.40 |
| AUG 13, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$641.85 | $908.38 |
| JUL 17, 2024 | INTEREST PAYMENT | Deposit | $0.04 | $1,550.23 |
| JUL 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$844.01 | $1,550.19 |
| JUL 9, 2024 | Online Transfer to CHK ...2005 transaction#: 21354796552 07/09 | Account transfer | -$500.00 | $2,394.20 |
| JUL 1, 2024 | Online Transfer to CHK ...2005 transaction#: 21253903457 07/01 | Account transfer | -$500.00 | $2,894.20 |
| JUN 18, 2024 | INTEREST PAYMENT | Deposit | $0.21 | $3,394.20 |
| JUN 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$327.71 | $3,393.99 |
| JUN 6, 2024 | Online Transfer to CHK ...2005 transaction#: 21011434924 06/06 | Account transfer | -$10,000.03 | $3,721.70 |
| JUN 3, 2024 | Online Transfer to CHK ...2005 transaction#: 20981523465 06/03 | Account transfer | -$1,000.00 | $13,721.73 |
| MAY 31, 2024 | Online Transfer to CHK ...2005 transaction#: 20948989030 05/31 | Account transfer | -$1,000.00 | $14,721.73 |
| MAY 30, 2024 | Online Transfer to CHK ...2005 transaction#: 20934204097 05/30 | Account transfer | -$2,000.00 | $15,721.73 |
| MAY 20, 2024 | Online Transfer to CHK ...2005 transaction#: 20839163059 05/20 | Account transfer | -$1,000.00 | $17,721.73 |
| MAY 20, 2024 | Online Transfer to CHK ...2005 transaction#: 20821712658 05/20 | Account transfer | -$1,000.00 | $18,721.73 |
| MAY 16, 2024 | INTEREST PAYMENT | Deposit | $0.34 | $19,721.73 |
| MAY 14, 2024 | Online Transfer to CHK ...2005 transaction#: 20773681497 05/14 | Account transfer | -$1,000.00 | $19,721.39 |
| MAY 13, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$340.23 | $20,721.39 |

| APR 26, 2024 | Online Transfer to CHK ...2005 transaction#: 20589640256 04/26 | Account transfer | -$500.00 | $21,061.62 |
| APR 17, 2024 | Online Transfer to CHK ...2005 transaction#: 20498660561 04/17 | Account transfer | -$500.00 | $21,561.62 |
| APR 16, 2024 | INTEREST PAYMENT | Deposit | $0.39 | $22,061.62 |
| APR 16, 2024 | Online Transfer to CHK ...2005 transaction#: 20489130743 04/16 | Account transfer | -$500.00 | $22,061.23 |
| APR 16, 2024 | Online Transfer to CHK ...2005 transaction#: 20485075977 04/16 | Account transfer | -$200.00 | $22,561.23 |
| APR 15, 2024 | Online Transfer to CHK ...2005 transaction#: 20466524592 04/15 | Account transfer | -$500.00 | $22,761.23 |
| APR 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$340.14 | $23,261.23 |
| APR 8, 2024 | Online Transfer to CHK ...2005 transaction#: 20410493000 04/08 | Account transfer | -$1,000.00 | $23,601.37 |
| APR 8, 2024 | Online Transfer to CHK ...2005 transaction#: 20399443192 04/08 | Account transfer | -$1,500.00 | $24,601.37 |
| MAR 18, 2024 | INTEREST PAYMENT | Deposit | $0.46 | $26,101.37 |

"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."

JP Morgan Chase Bank N.A. Member FDIC

EXHIBIT D

# AFFIDAVIT OF WENDY GREEN

**STATE OF TEXAS §**
**COUNTY OF** Harris **§**

I, **Wendy Green**, being of sound mind and over the age of eighteen (18), hereby declare under penalty of perjury that the following statements are true, correct, and complete to the best of my knowledge and recollection:

1. On or about **October 7, 2024**, I accompanied **Dayana Alexander**, the estranged wife of **Kenan Alexander**, to the **Navy Federal Credit Union**.
2. When we arrived, she instructed me **not to get out of the vehicle**, telling me to stay in the car. I felt that was unusual and uncomfortable.
3. Dayana Alexander then went into the bank **alone**. When she returned, she had an **envelope containing cash** and told me, *"I'll bring you back home because I'm about to go somewhere."*
4. After dropping me off, she **never returned**. She **did not contact me again** or respond to any of my attempts to reach her.
5. Her disappearance after that day deeply **hurt and disturbed me**, as I had no idea what she planned or why she left.

**FURTHER AFFIANT SAYETH NOT.**

*Wendy Green*

**Wendy Green, Affiant**
Date: 1 November 2025

**SUBSCRIBED AND SWORN TO** (or affirmed) before me, the undersigned authority, on this 1 day of November , 20, by **Wendy Green**, who personally appeared before me and provided satisfactory identification and acknowledged that she executed this affidavit voluntarily for the purposes stated herein.

**Notary Public, State of Texas**

My Commission Expires: 07-17-2029
**[SEAL]**



ASHLEIGH WYKES
Notary Public, State of Texas
Comm. Expires 07-17-2029
Notary ID 135520777

EXHIBIT E

**AFFIDAVIT OF KENAN ALEXANDER**

STATE OF TEXAS §
COUNTY OF Harris   §

I, **Kenan Alexander**, being of sound mind and over the age of eighteen (18), hereby declare under penalty of perjury that the following statements are true, correct, and complete to the best of my knowledge, information, and belief:

1. On or about **October 7, 2024**, my estranged wife, **Dayana Alexander**, went missing.
2. On the last day she was home, she and my aunt **Wendy Green** ran errands, including a visit to **Navy Federal Credit Union**. Upon their return, my wife packed a bag and left. She has not returned since that day.
3. Over the following days, my family and I searched for her, including checking with the **Harris County Institute of Forensic Sciences** to see if there were any unidentified persons matching her description.
4. Around the middle of **October 2024**, I discovered that I did not have sufficient funds for a withdrawal I attempted to make. Upon inquiry, I learned that unauthorized transactions had been made from my **Chase Bank** account.
5. I immediately reported the matter to **Chase Bank**, and case number **ECW241112-07109** was initiated.
6. Upon reviewing my account activity, I observed multiple **unauthorized Zelle transfers**, many showing the recipient name "**Dayana**." It became apparent that my estranged wife had gained unauthorized access to my individual Chase account and transferred funds to herself over time.
7. The funds in the account originated solely from a **personal-injury settlement** awarded to me individually. These funds were deposited with **Chase Bank** as my life savings, as I am disabled and unable to work.
8. I understand that a financial institution may recognize a spouse as having certain access privileges; however, for a spouse to deplete all funds from an account and permanently disappear constitutes **theft and fraud**, and I believe this should have triggered immediate protective action by Chase Bank.
9. Under **Texas Family Code § 3.001(3)**, "separate property" includes "the recovery for personal injuries sustained by a spouse during marriage, except any recovery for loss of earning capacity during marriage." Thus, the settlement proceeds in my account were **my separate property**, not community funds.
10. In **February or March 2025**, my aunt **Wendy Green** and I visited a local **Chase Bank** branch to establish banking for her monthly disability benefits.
11. While assisting us, the banker reviewed and verified the contact information listed on my account. She stated that my account showed the phone number **(281) 210-4043** and email **dayanaalexander02@yahoo.com**
12. I immediately denied that information, explaining that those contact details belong to my estranged wife, **Dayana Alexander**. My correct contact information is phone **(281) 903-4973** and email **kenanalexander@yahoo.com**
13. It was at that time that I realized my account had been registered for **online banking**, a service I never personally signed up for or used.

1 of 2

14. The email associated with my account matched that of my estranged wife and corresponds with her first name appearing on the Zelle transfers.
15. The failure of **Chase Bank** to properly verify identity when setting up or authorizing online banking access enabled my estranged wife to commit **theft and fraud** against my account, resulting in the depletion of my settlement funds.

**FURTHER AFFIANT SAYETH NOT.**

_____

**Kenan Alexander, Affiant**

Date: 11-1-25

**SUBSCRIBED AND SWORN TO** (or affirmed) before me, the undersigned authority, on this ___1___ day of November, **20**, by **Kenan Alexander**, who personally appeared before me and provided satisfactory identification and acknowledged that he executed this affidavit voluntarily for the purposes stated herein.

_____

**Notary Public, State of Texas**

My Commission Expires: 07-17-2029
**[SEAL]**

ASHLEIGH WYKES
Notary Public, State of Texas
Comm. Expires 07-17-2029
Notary ID 135520777

EXHIBIT G

FAMILY CODE

TITLE 1. THE MARRIAGE RELATIONSHIP

SUBTITLE B. PROPERTY RIGHTS AND LIABILITIES

CHAPTER 3. MARITAL PROPERTY RIGHTS AND LIABILITIES

SUBCHAPTER A. GENERAL RULES FOR SEPARATE AND COMMUNITY PROPERTY

Sec. 3.001.  SEPARATE PROPERTY.  A spouse's separate property consists of:
        (1)  the property owned or claimed by the spouse before marriage;
        (2)  the property acquired by the spouse during marriage by gift, devise, or descent;
and
        (3)  the recovery for personal injuries sustained by the spouse during marriage, except
any recovery for loss of earning capacity during marriage.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.002.  COMMUNITY PROPERTY.  Community property consists of the property, other than
separate property, acquired by either spouse during marriage.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.003.  PRESUMPTION OF COMMUNITY PROPERTY.  (a)  Property possessed by either spouse
during or on dissolution of marriage is presumed to be community property.
    (b)  The degree of proof necessary to establish that property is separate property is clear
and convincing evidence.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.004.  RECORDATION OF SEPARATE PROPERTY.  (a)  A subscribed and acknowledged schedule
of a spouse's separate property may be recorded in the deed records of the county in which the
parties, or one of them, reside and in the county or counties in which the real property is
located.
    (b)  A schedule of a spouse's separate real property is not constructive notice to a good
faith purchaser for value or a creditor without actual notice unless the instrument is
acknowledged and recorded in the deed records of the county in which the real property is located.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.005.  GIFTS BETWEEN SPOUSES.  If one spouse makes a gift of property to the other
spouse, the gift is presumed to include all the income and property that may arise from that
property.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.006.  PROPORTIONAL OWNERSHIP OF PROPERTY BY MARITAL ESTATES.  If the community estate
of the spouses and the separate estate of a spouse have an ownership interest in property, the
respective ownership interests of the marital estates are determined by the rule of inception of
title.

Added by Acts 1999, 76th Leg., ch. 692, Sec. 1, eff. Sept. 1, 1999.  Amended by Acts 2001, 77th
Leg., ch. 838, Sec. 3, eff. Sept. 1, 2001.

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

KENAN ALEXANDER

**DEFENDANTS**

JP MORGAN CHASE BANK, N.A

**(b)** County of Residence of First Listed Plaintiff  HARRIS COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  HARRIS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Next Friend: Kafil-Hamim Quaiyum-Tunsill
c/o 2745 Miccosukee Road
Tallahassee, Florida [32308]  904-576-8981

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §1693 et seq, 12 CFR §1005 Regulation E, TEXAS Family
Brief description of cause:
code 3.001(3), Texas Business + Commerce Code 17.46 + 521.151, common law/negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 10,200,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE 11/3/202[5]

SIGNATURE OF ATTORNEY OF RECORD  Kafil-Hamim Quaiyum NEXT FRIEND

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____