IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENAN ALEXANDER,<br><br>*Plaintiff,*<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:25-cv-5239<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S
DISPOSITIVE MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is Defendant JPMorgan Chase Bank, N.A.'s Dispositive Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"). After considering the Complaint, the Motion, any response and reply, and arguments of counsel, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims and causes of action against Defendant JPMorgan Chase Bank are hereby dismissed in their entirety.

**IT IS SO ORDERED.**

_____
JUDGE PRESIDING