IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENAN ALEXANDER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-05239 |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | |

# DEFENDANT JPMORGAN CHASE BANK, N.A.'S
# CERTIFICATE OF INTERESTED PARTIES

Defendant, JPMorgan Chase Bank, N.A. files this Certificate of Interested Parties. Defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities have a financial interest in the outcome of this litigation:

1. JPMorgan Chase Bank, N.A. (Defendant), a wholly-owned subsidiary of JPMorgan Chase & Co.;

2. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.;

3. Kenan Alexander (Plaintiff).

| Dated: February 6, 2026 | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: | */s/ Jennifer Tomsen*<br>Jennifer Tomsen<br>Texas Bar No. 24064535<br>tomsenj@gtlaw.com<br>Stephen Edmundson<br>Texas Bar No. 00796507<br>edmundsons@gtlaw.com<br>Steven Higginbotham<br>State Bar No. 24125274<br>higginbothams@gtlaw.com<br>1000 Louisiana Street, Suite 6700<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br>Facsimile: (713) 374-3505<br><br>***Attorneys for Defendant,***<br>***JPMorgan Chase Bank, N.A.*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2026, a true and correct copy of the foregoing was served by ECF on all parties and counsel of record.

*/s/ Jennifer Tomsen*
Jennifer Tomsen