IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENAN ALEXANDER, | § § § | |
| *Plaintiff,* | § § | |
| | § | CIVIL ACTION NO. 4:25-cv-5239 |
| v. | § § § | |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| *Defendant.* | § § | |

**JOINT MOTION FOR ENTRY OF AGREED ORDER
ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Kenan Alexander, and Defendant, JPMorgan Chase Bank, N.A. ("Chase"), (collectively, the "Parties") jointly move for entry of the proposed Agreed Order filed concurrently with this Motion regarding Plaintiff's Motion for Leave to Amend his Complaint, on the following grounds:

1. Plaintiff sued Chase on November 3, 2025 [Dkt. 1]. Chase subsequently moved to dismiss Plaintiff's Complaint on January 12, 2026. [Dkt. 9].

2. On February 5, 2026, Plaintiff filed his Motion for Leave to File First Amended Complaint ("Motion for Leave") [Dkt. 12] and attached a proposed First Amended Complaint [Dkt. 12-1].

3. On February 6, 2026, Chase's counsel informed the Court's case manager that Chase does not object to Plaintiff's Motion for Leave and that the Parties have agreed that Chase has 30 days to respond to the First Amended Complaint once filed.

4. The Parties now jointly move this Court to enter the proposed Agreed Order granting Plaintiff's Motion for Leave, allowing Plaintiff to file the First Amended Complaint as

attached to the Motion for Leave within seven (7) days of entry of the Agreed Order, and permitting Chase to respond to the First Amended Complaint within thirty (30) days of Plaintiff's filing of the First Amended Complaint.

Dated: February 13, 2026                             Respectfully submitted,

| | |
|---|---|
| **Kenan Alexander** | **Greenberg Traurig, LLP** |
| By: /s/ *Kenan Alexander* | By: /s/ *Jennifer Tomsen* |
| Kenan Alexander | Stephen Edmundson |
| 15703 Twisting Springs Dr | Texas Bar No. 00796507 |
| Cypress, TX 77433 | edmundsons@gtlaw.com |
| (281) (903-4973 | Jennifer Tomsen |
| *Pro Se Plaintiff* | Texas Bar No. 24064535 |
| | tomsenj@gtlaw.com |
| | Steven Higginbotham |
| | State Bar No. 24125274 |
| | higginbothams@gtlaw.com |
| | 1000 Louisiana Street, Suite 6700 |
| | Houston, Texas 77002 |
| | Telephone: (713) 374-3500 |
| | Facsimile: (713) 374-3505 |
| | ***Attorneys for Defendant, JPMorgan Chase Bank, N.A.*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2026, a true and correct copy of the foregoing was served by ECF on all parties and counsel of record and by mail to Plaintiff.

/s/ *Jennifer Tomsen*