**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CIVIL ACTION NO. 4:25-cv-5239

| | |
|---|---|
| KENAN ALEXANDER, | § |
| Plaintiff, | § |
| v. | § |
| JPMORGAN CHASE BANK, N.A. | § |
| Defendant. | § |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**I. INTRODUCTION**

1.  This action arises from Defendant JPMorgan Chase Bank, N.A.'s gross negligence, willful disregard of federal and Texas law, and failure to safeguard Plaintiff's separate property from unauthorized electronic access and theft.

2.  Plaintiff entrusted his life savings, originating from a personal injury settlement legally classified as **separate property under Texas Family Code §3.001(3)**, to Chase for safekeeping.

3.  Due to Chase's failure to verify identity, Defendant allowed Plaintiff's estranged wife — without his knowledge or consent — to enroll in online banking, change account contact information to her own, and execute numerous unauthorized **Zelle electronic fund transfers** depleting Plaintiff's account.

4.  On August 19, 2025, Chase issued a denial letter refusing reimbursement, citing false grounds:

    (a) "community property rights,"

1

(b) a "60-day reporting rule," and
(c) no evidence of "account takeover."

5. This action is governed by the **Electronic Fund Transfer Act (15 U.S.C. §1693)** and **Regulation E (12 C.F.R. §205)** — not Texas UCC check law.

## II. JURISDICTION AND VENUE

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because this action arises under the Electronic Fund Transfer Act (—EFTA‖), 15 U.S.C. § 1693 et seq.

7. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a), as they arise from the same nucleus of operative facts.

8. Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant conducts business in Harris County, Texas, and the events giving rise to the claims occurred within this District.

## III. PARTIES

9. Plaintiff: KENAN ALEXANDER, a natural person residing in Harris County, Texas.

10. Defendant: JPMorgan Chase Bank, N.A., a national banking association with its principal place of business at 270 Park Avenue, New York, NY 10017, authorized to do business in Texas.

## IV. FACTUAL ALLEGATIONS

### A. Settlement Funds = Separate Property

11. On July 11, Plaintiff received a personal injury settlement award.

12. Under Texas Family Code §3.001(3), this is **separate property**.

13. Plaintiff deposited these funds into his individual Chase account as his life savings. Plaintiff is disabled and relies entirely on these funds.

2

## B. Unauthorized Access and Theft

14. On October 7, 2024, Dayana Alexander left the marital home and did not return.

15. In mid-October, Plaintiff attempted a withdrawal and discovered insufficient funds.

16. Plaintiff discovered numerous unauthorized Zelle transfers bearing the name "Dayana."

17. Plaintiff immediately reported the fraud (Chase Case No. ECW241112-07109).

## C. Discovery of How Chase Enabled the Fraud (Critical Facts)

18. In February/March 2025, while at a Chase branch with his aunt Wendy Green, Plaintiff learned his account was enrolled in online banking — something he never authorized.

19. Chase's banker confirmed the account was registered to:
   - Phone: **281-210-4043** (Dayana's)
   - Email: **dayanaalexander02@yahoo.com**

20. Plaintiff's true contact information:
   - Phone: **281-903-4973**
   - Email: **kenanalexander@yahoo.com**
   - Current email: **Godfirst103077@gmail.com**

21. This meant all statements, alerts, and notices went to the wrong person.

22. Plaintiff had **no visibility** into the transfers.

23. This is why the so-called "60-day rule" never began.

## D. Chase's Denial Letter (Key Evidence)

24. Chase's August 19, 2025 letter admitted the dispute but falsely relied on:
   - Community property law
   - A UCC reporting rule
   - Claim that online banking existed since 2013

25. Plaintiff never enrolled in online banking and never authorized use of her contact information.

3

## V. THIS CASE IS GOVERNED BY EFTA, NOT UCC CHECK LAW

26. The transfers at issue are **electronic fund transfers (Zelle).**

27. They are governed by:

- 15 U.S.C. §1693f
- 15 U.S.C. §1693g
- 12 C.F.R. §205.6
- 12 C.F.R. §205.11

28. Texas UCC §4.406 and Deposit Agreement reporting windows do not apply.

## VI. CAUSES OF ACTION

**Count 1 – Violation of the Electronic Fund Transfer Act (EFTA) -** (15 U.S.C. § 1693 et seq., 12 C.F.R. § 1005)

29. . Plaintiff incorporates all prior allegations.

30. . Defendant failed to obtain Plaintiff's authorization for electronic transfers, failed to verify identity before granting online banking access, and failed to investigate and resolve the dispute as required by 15 U.S.C. § 1693f.

31. . Defendant is strictly liable for unauthorized transfers under 15 U.S.C. § 1693g.

**Count 2 – Negligence**

32. . Defendant owed Plaintiff a duty of reasonable care in safeguarding his account and verifying identity before allowing changes to account access.

33. . Defendant breached that duty by allowing a non-account holder to enroll in online banking and execute unauthorized transfers.

34. . Defendant's breach was the direct and proximate cause of Plaintiff's financial loss and emotional harm.

4

## Count 3 – Conversion

35. . Plaintiff had legal ownership and right to possession of the funds in his account.

36. . Defendant wrongfully enabled a third party to exercise dominion and control over those funds without Plaintiff's consent, resulting in permanent deprivation.

## Count 4 – Breach of Contract

37. . Defendant's deposit agreement with Plaintiff required safeguarding account information and processing only authorized transactions.

38. . Defendant breached these terms by permitting unauthorized access and failing to restore misappropriated funds.

## Count 5 – Violation of Texas Deceptive Trade Practices Act (DTPA)

39. . Defendant's acts and omissions constitute false, misleading, and deceptive practices under Texas Business & Commerce Code § 17.46.

40. . Defendant failed to disclose material facts about the unauthorized online banking enrollment and misrepresented account security measures.

## Count 6 – Violation of Texas Identity Theft Enforcement and Protection Act (TITEPA) - (Tex. Bus. & Com. Code § 521.151)

41. . Plaintiff incorporates all prior allegations.

42. . Defendant permitted Plaintiff's estranged wife to fraudulently use her personal identifiers (email/phone) to access Plaintiff's account.

43. . Defendant failed to implement reasonable procedures to protect Plaintiff's identifying information.

44. . As a result, Plaintiff suffered identity theft, loss of funds, and financial harm.

5

**Count 7 – Breach of Fiduciary Duty / Good Faith and Fair Dealing**

45. . As Plaintiff's depository bank, Defendant owed Plaintiff a duty of good faith and fair dealing.

46. . Defendant acted in bad faith by denying Plaintiff's claim on fabricated grounds, concealing the true account takeover, and refusing reimbursement.

47. . Defendant's conduct was reckless, malicious, and in conscious disregard of Plaintiff's rights, warranting punitive damages.

## VII. DAMAGES

Plaintiff seeks:

- Actual damages: **$260,000**
- Statutory EFTA damages
- Treble DTPA damages
- Emotional distress
- Punitive damages not less than $1,000,000
- Costs and fees

## VIII. EXHIBITS

A — Chase denial letter
B — Settlement award
C — Zelle statements
D — Wendy Green affidavit
E — Plaintiff affidavit
F — Texas Family Code §3.001(3)

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award Plaintiff full restitution of all unauthorized transfers;

C. Award statutory damages under the EFTA;

D. Award compensatory and punitive damages;

6

E. Award Court fees and costs;

F. Enter injunctive relief requiring Defendant to implement stronger identity

verification protocols; and

G. Grant such other and further relief as the Court deems just and proper.

H. Enter judgment declaring Chase's denial letter (Exhibit A) unlawful and contrary

to Plaintiff's rights under Texas law and EFTA.

## VERIFICATION

I, KENAN ALEXANDER, declare under penalty of perjury under the laws of the United States

of America that the foregoing Complaint is true and correct to the best of my knowledge,

information, and belief.

Executed on this ___ day of __March__, 2026, at Cypress, Texas.

Respectfully submitted,

By: _____

KENAN ALEXANDER – Pro Se
15703 TWISTING SPRINGS DR
CYPRESS, TX 77433
281-903-4973
kenanalexander@yahoo.com
Date: 3/18/26

7

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Amended Complaint was served on all parties via Certified Mail on this ___ day of _____, 2026.

Tephen Edmundson
Jennifer Tomsen
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500

_____
Kenan Alexander

# EXHIBIT A



**CHASE**

PO Box 44959
Indianapolis, IN 46244-4959

Questions?

🖥 www.chase.com
📞 1-866-564-2262
📠 1-866-701-9886
We accept operator relay calls

33815 CC1 201 020 29824 NNNNNNNNNNNN CLMS0003 E
KENAN ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572

October 23, 2024

## Update:   We have updated information about your claim

Date of inquiry: 10/18/2024
Claim number: 695005851880001
Card ending in:
Claim related to account ending in:  2005

Dear KENAN ALEXANDER:

We have researched the transaction(s) you reported on 10/18/2024.

**Here's what you should know**
- We found that the transaction(s) was processed according to the information you provided or was authorized.
- No adjustment will be made to your account at this time.
- Contact us if you would like to request the information we used for our research.

If you have questions, please call us at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

# EXHIBIT B

CAUSE NO. 2014CI17064

| KENAN ALEXANDER | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| RIPLEY ENTERTAINMENT, INC. | § | 166th JUDICIAL DISTRICT |

## SETTLEMENT STATEMENT

**TOTAL SETTLEMENT:**           **$ 1,775,000.00**
   Less Attorney's Fee (38%)          -674,500.00
   Less S&C Case Expenses (attached)         -342,538.28

**SETTLEMENT TO CLIENT**           757,961.72
   Less Loans (98,380) / Int. (7,223.77) during case     -105,603.77

**NET SETTLEMENT TO CLIENT**          652,357.95
   Plus Write Off portion of Attorney's Fee     +147,642.05

**AGREED SETTLEMENT TO CLIENT**          **800,000.00**

**SETTLEMENT FUNDS TO CLIENT**     **$ 800,000.00**
   Less Advances on settlement funds     -20,470.00
   **Remaining Funds Due Client**     779,530.00

July 11, 2017



**CHASE**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $0.00 |
| 08/08 | Chase New Acct  Deposit | PPD ID: 3314148768 | 25.00 | 25.00 |
| | Ending Balance | | | $25.00 |

## CHASE PLUS SAVINGS

KENAN K ALEXANDER                                Account Number: 000003618038672

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $0.00 |
| Deposits and Additions | 260,101.27 |
| Ending Balance | $260,101.27 |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $1.27 |
| Interest Paid Year-to-Date | $1.27 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $0.00 |
| 08/08 | Chase New Acct  Deposit | PPD ID: 3314148768 | 100.00 | 100.00 |
| 08/09 | Deposit       903321844 | | 260,000.00 | 260,100.00 |
| 08/16 | Interest Payment | | 1.27 | 260,101.27 |
| | Ending Balance | | | $260,101.27 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

# EXHIBIT C

# CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00257207 DRE 201 219 20018 NNNNNNNNNNNN 1 000000000 12 0000
KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572

June 19, 2018 through July 18, 2018
Primary Account: ⬛⬛⬛⬛⬛⬛2005

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ⬛⬛⬛⬛2005 | $443.44 | $34.06 |
| Chase Plus Savings | ⬛⬛⬛⬛88672 | 225,121.25 | 221,130.38 |
| Total | | $225,564.69 | $221,164.44 |

| TOTAL ASSETS | $225,564.69 | $221,164.44 |
|---|---|---|

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER                            Account Number: ⬛⬛⬛⬛⬛2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $443.44 |
| Deposits and Additions | 4,132.00 |
| Electronic Withdrawals | -4,473.38 |
| Fees | -68.00 |
| Ending Balance | $34.06 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.02 |


**CHASE** ⬡

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $443.44 |
| 06/21 | Quickpay With Zelle Payment To Dayana 7249808327 | -400.00 | 43.44 |
| 06/26 | Prog County Mut Ins Prem          PPD ID: 9409348153 | -182.16 | -138.72 |
| 06/26 | Conn's 1-877-358 Web Pay    000000952166237 Web ID: 1222528268 | -160.91 | -299.63 |
| 06/26 | Insufficient Funds Fee For A $182.16 Item - Details: Prog County Mut Ins Prem          PPD ID: 9409348153 | -34.00 | -333.63 |
| 06/26 | Insufficient Funds Fee For A $160.91 Item - Details: Conn's 1-877-358 Web Pay    000000952166237 Web ID: 1222528268 | -34.00 | -367.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -333.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -299.63 |
| 06/28 | Insufficient Funds Fee Refund | 34.00 | -265.63 |
| 06/28 | Insufficient Funds Fee Refund | 30.00 | -235.63 |
| 06/29 | Online Transfer From Mma ...8672 Transaction#: 7269304095 | 1,000.00 | 764.37 |
| 06/29 | Quickpay With Zelle Payment To Dayana 7269305073 | -600.00 | 164.37 |
| 07/05 | Online Transfer From Mma ...8672 Transaction#: 7287436634 | 500.00 | 664.37 |
| 07/05 | Quickpay With Zelle Payment To Dayana 7287437409 | -200.00 | 464.37 |
| 07/05 | Quickpay With Zelle Payment To Dayana Alexander 7287437920 | -200.00 | 264.37 |
| 07/09 | Online Transfer From Mma ...8672 Transaction#: 7295798552 | 500.00 | 764.37 |
| 07/09 | Quickpay With Zelle Payment To Dayana 7295799340 | -200.00 | 564.37 |
| 07/09 | Quickpay With Zelle Payment To Dayana Alexander 7295800051 | -500.00 | 64.37 |
| 07/13 | Online Transfer From Mma ...8672 Transaction#: 7312642823 | 1,000.00 | 1,064.37 |
| 07/13 | Quickpay With Zelle Payment To Dayana 7312643668 | -500.00 | 564.37 |
| 07/13 | Quickpay With Zelle Payment To Dayana Alexander 7312644483 | -500.00 | 64.37 |
| 07/18 | Affirm.Com Payme Affirm.Com Affirm.Com Paym Web ID: 1800948598 | -30.31 | 34.06 |
| 07/18 | Online Transfer From Mma ...8672 Transaction#: 7325025800 | 1,000.00 | 1,034.06 |
| 07/18 | Quickpay With Zelle Payment To Dayana 7325026514 | -500.00 | 534.06 |
| 07/18 | Quickpay With Zelle Payment To Dayana Alexander 7325027148 | -500.00 | 34.06 |
| | Ending Balance | | $34.06 |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can continue to avoid this fee during any statement period.
- Have an average qualifying deposit and investment balance of $15,000.00 or more
  (Your average qualifying deposit and investment balance was $224,059.00)

- OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $88.00 | $170.00 |
| Total Returned Item Fees | $.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| Total Refunds for Overdraft or Returned Item Fees Identified above: | $132.00 | $234.00 |

# CHASE

June 19, 2018 through July 18, 2018.
Primary Account: ████████2005

## CHASE PLUS SAVINGS

KENAN K ALEXANDER

Account Number: ███████8672

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $225,121.25 |
| Deposits and Additions | 9.13 |
| Electronic Withdrawals | -4,000.00 |
| Ending Balance | $221,130.38 |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Paid This Period | $9.13 |
| Interest Paid Year-to-Date | $60.12 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $225,121.25 |
| 06/29 | 06/29 Online Transfer To Chk ...2005 Transaction#: 7269304095 | -1,000.00 | 224,121.25 |
| 07/05 | 07/04 Online Transfer To Chk ...2005 Transaction#: 7287436634 | -500.00 | 223,621.25 |
| 07/09 | 07/07 Online Transfer To Chk ...2005 Transaction#: 7295798552 | -500.00 | 223,121.25 |
| 07/13 | 07/13 Online Transfer To Chk ...2005 Transaction#: 7312642823 | -1,000.00 | 222,121.25 |
| 07/18 | 07/18 Online Transfer To Chk ,..2005 Transaction#: 7325025800 | -1,000.00 | 221,121.25 |
| 07/18 | Interest Payment | 9.13 | 221,130.38 |
|  | Ending Balance |  | $221,130.38 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE 🛈

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 17, 2024 through June 18, 2024
Primary Account: ███████2005

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00420380 DRE 201 219 17124 NNNNNNNNNNN  1 000000000 12 0000
KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 000000931912005 | $0.52 | $4,390.57 |
| Chase Premier Savings | 0000036180386672 | 19,721.73 | 3,394.20 |
| Total | | $19,722.25 | $7,784.77 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$19,722.25** | **$7,784.77** |

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER                                    Account Number ███████2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.52 |
| Deposits and Additions | 16,020.05 |
| Electronic Withdrawals | -11,605.00 |
| Fees | -25.00 |
| Ending Balance | $4,390.57 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.03 |

# CHASE

May 17, 2024 through June 18, 2024
Primary Account: ████████2005

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $0.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20821712658 | 1,000.00 | 1,000.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20839163059 | 1,000.00 | 2,000.52 |
| 05/20 | Zelle Payment From Samuel August Rgn0lmlfepcd | 20.00 | 2,020.52 |
| | ████████n99Ahas7Qm | -1,000.00 | 1,020.52 |
| | ████████99Ahearpr | -1,000.00 | 20.52 |
| 05/30 | Online Transfer From Sav ...8672 Transaction#: 20934204097 | 2,000.00 | 2,020.52 |
| 05/30 | Zelle Payment To ████Jpm99Ahvvhjt | -2,000.00 | 20.52 |
| 05/31 | Online Transfer From Sav ...8672 Transaction#: 20948989030 | 1,000.00 | 1,020.52 |
| 05/31 | Zelle Payment To ████Jpm99Ahy3Vfh | -1,000.00 | 20.52 |
| 06/03 | Online Transfer From Sav ...8672 Transaction#: 20981523465 | 1,000.00 | 1,020.52 |
| 06/03 | Zelle Payment To Dayana Jpm99Ai4Uyqb | -1,000.00 | 20.52 |
| 06/06 | Online Transfer From Sav ...8672 Transaction#: 21011434924 | 10,000.03 | 10,020.55 |
| 06/06 | Zelle Payment To Dayana Jpm99Aia5Fd2 | -1,000.00 | 9,020.55 |
| 06/07 | Zelle Payment To Aaron 21027491547 | -850.00 | 8,170.55 |
| 06/07 | Zelle Payment To Gerardo 21030309584 | -200.00 | 7,970.55 |
| 06/10 | Zelle Payment To Dayana Jpm99Aiff2Zt | -500.00 | 7,470.55 |
| 06/10 | Zelle Payment To Martin 21039241365 | -55.00 | 7,415.55 |
| 06/11 | Zelle Payment To Dayana Jpm99Aik92Si | -500.00 | 6,915.55 |
| 06/12 | Zelle Payment To Dayana Jpm99Ailxr8M | -500.00 | 6,415.55 |
| 06/13 | Zelle Payment To Dayana Jpm99Ainld1S | -500.00 | 5,915.55 |
| 06/17 | Zelle Payment To Dayana Jpm99Aisidp8 | -1,500.00 | 4,415.55 |
| 06/18 | Interest Payment | 0.02 | 4,415.57 |
| 06/18 | Monthly Service Fee | -25.00 | 4,390.57 |
| | Ending Balance | | $4,390.57 |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.
- Have an average qualifying deposit and Investment balance of at least $15,000.00 during your statement period.
  (Your average qualifying deposit and Investment balance was $14,594.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR,** authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

# CHASE ◆

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $28,921.55 |
| 02/26 | 02/25 Online Transfer To Chk ...2005 Transaction#: 19971106155 | -500.00 | 28,421.55 |
| 02/26 | 02/25 Online Transfer To Chk ...2005 Transaction#: 19973724562 | -500.00 | 27,921.55 |
| 02/28 | 02/28 Online Transfer To Chk ...2005 Transaction#: 19997391986 | -1,000.00 | 26,921.55 |
| 03/01 | 03/01 Online Transfer To Chk ...2005 Transaction#: 20027569587 | -500.00 | 26,421.55 |
| 03/12 | Verizon Wireless Payments  054255429700001 CCD ID: 6223344794 | -320.64 | 26,100.91 |
| 03/18 | Interest Payment | 0.46 | 26,101.37 |
| | Ending Balance | | $26,101.37 |





You earned a higher interest rate on your Chase Premier Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

CHASE

February 17, 2024 through March 18, 2024
Primary Account: ██████████2005

This Page Intentionally Left Blank

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

May 17, 2024 through June 18, 2024

Primary Account: ●●●●●●●●2005



00420380 DRE 201 219 17124 NNNNNNNNNNN  1 000000000 12 0000

KENAN K ALEXANDER
15703 TWISTING SPRINGS DR
CYPRESS TX 77433-5572

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ●●●●●●●2005 | $0.52 | $4,390.57 |
| Chase Premier Savings | ●●●●●8672 | 19,721.73 | 3,394.20 |
| Total | | $19,722.25 | $7,784.77 |

| TOTAL ASSETS | $19,722.25 | $7,784.77 |
|---|---|---|

## CHASE PREMIER PLUS CHECKING

KENAN K ALEXANDER

Account Number: ●●●●●●●●2005

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.52 |
| Deposits and Additions | 16,020.05 |
| Electronic Withdrawals | -11,605.00 |
| Fees | -25.00 |
| Ending Balance | $4,390.57 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.03 |



May 17, 2024 through June 18, 2024
Primary Account: ███████████2005

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $0.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20821712658 | 1,000.00 | 1,000.52 |
| 05/20 | Online Transfer From Sav ...8672 Transaction#: 20839163059 | 1,000.00 | 2,000.52 |
| 05/20 | Zelle Payment From Samuel August Rgn0Imlfepcd | 20.00 | 2,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahas7Qm | -1,000.00 | 1,020.52 |
| 05/20 | Zelle Payment To Dayana Jpm99Ahearpr | -1,000.00 | 20.52 |
| 05/30 | Online Transfer From Sav ...8672 Transaction#: 20934204097 | 2,000.00 | 2,020.52 |
| 05/30 | Zelle Payment To Dayana Jpm99Ahvvhjt | -2,000.00 | 20.52 |
| 05/31 | Online Transfer From Sav ...8672 Transaction#: 20948989030 | 1,000.00 | 1,020.52 |
| 05/31 | Zelle Payment To Dayana Jpm99Ahy3Vfh | -1,000.00 | 20.52 |
| 06/03 | Online Transfer From Sav ...8672 Transaction#: 20981523465 | 1,000.00 | 1,020.52 |
| 06/03 | Zelle Payment To Dayana Jpm99Ai4Uyqb | -1,000.00 | 20.52 |
| 06/06 | Online Transfer From Sav ...8672 Transaction#: 21011434924 | 10,000.03 | 10,020.55 |
| 06/06 | Zelle Payment To Dayana Jpm99Aia5Fd2 | -1,000.00 | 9,020.55 |
| 06/07 | Zelle Payment To Aaron 21027491547 | -850.00 | 8,170.55 |
| 06/07 | Zelle Payment To Gerardo 21030309584 | -200.00 | 7,970.55 |
| 06/10 | Zelle Payment To Dayana Jpm99Aiff2Zt | -500.00 | 7,470.55 |
| 06/10 | Zelle Payment To Martin 21039241365 | -55.00 | 7,415.55 |
| 06/11 | Zelle Payment To Dayana Jpm99Aik92Si | -500.00 | 6,915.55 |
| 06/12 | Zelle Payment To Dayana Jpm99Ailxr8M | -500.00 | 6,415.55 |
| 06/13 | Zelle Payment To Dayana Jpm99Ainid1S | -500.00 | 5,915.55 |
| 06/17 | Zelle Payment To Dayana Jpm99Aisidp8 | -1,500.00 | 4,415.55 |
| 06/18 | Interest Payment | 0.02 | 4,415.57 |
| 06/18 | Monthly Service Fee | -25.00 | 4,390.57 |
| | Ending Balance | | $4,390.57 |

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $14,594.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

# CHASE

May 17, 2024 through June 18, 2024
Primary Account: ████████2005



**CHASE PREMIER SAVINGS**

KENAN K ALEXANDER

Account Number: ████████8672

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $19,721.73 |
| Deposits and Additions | 0.21 |
| Electronic Withdrawals | -16,327.74 |
| Ending Balance | $3,394.20 |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.21 |
| Interest Paid Year-to-Date | $2.61 |

The monthly service fee for this account was waived as an added feature of a linked Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $19,721.73 |
| 05/20 | 05/18 Online Transfer To Chk ...2005 Transaction#: 20821712658 | -1,000.00 | 18,721.73 |
| 05/20 | 05/20 Online Transfer To Chk ...2005 Transaction#: 20839163059 | -1,000.00 | 17,721.73 |
| 05/30 | 05/30 Online Transfer To Chk ...2005 Transaction#: 20934204097 | -2,000.00 | 15,721.73 |
| 05/31 | 05/31 Online Transfer To Chk ...2005 Transaction#: 20948989030 | -1,000.00 | 14,721.73 |
| 06/03 | 06/03 Online Transfer To Chk ...2005 Transaction#: 20981523465 | -1,000.00 | 13,721.73 |
| 06/06 | 06/06 Online Transfer To Chk ...2005 Transaction#: 21011434924 | -10,000.03 | 3,721.70 |
| 06/11 | Verizon Wireless Payments   054255429700001 CCD ID: 6223344794 | -327.71 | 3,393.99 |
| 06/18 | Interest Payment | 0.21 | 3,394.20 |
| | Ending Balance | | $3,394.20 |

You earned a higher interest rate on your Chase Premier Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**CHASE O**

May 17, 2024 through June 18, 2024

Primary Account: ████████2005

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# KENAN K ALEXANDER

## CHASE PREMIER PLUS CHECKING (....2005)

| Available balance | Present balance | Next statement closing date |
|---|---|---|
| $42 58 | $42.58 | OCT 16, 2024 |

| Posted | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | Recent transactions | | | |
| SEP 18, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $42.58 |
| SEP 3, 2024 | Zelle payment to ELITE BRAIDS & NATURAL HAIR LLC JPM99an2wcy3 | Zelle | -$214.00 | $67.58 |
| SEP 3, 2024 | Online Transfer from SAV ...8672 transaction#: 21940440095 | Account transfer | $250.00 | $281.58 |
| AUG 16, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $31.58 |
| JUL 19, 2024 | BY1 Refund of MONTHLY SERVICE FEE charged 07-17-2024 | Refund | $25.00 | $56.58 |
| JUL 17, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $31.58 |
| JUL 17, 2024 | INTEREST PAYMENT | Deposit | $0.01 | $56.58 |
| JUL 9, 2024 | Zelle payment to DAYANA JPM99ak1p1bw | Zelle | -$500.00 | $56.57 |
| JUL 9, 2024 | Zelle payment to MARTIN 21352826608 | Zelle | -$40.00 | $556.57 |
| JUL 9, 2024 | Online Transfer from SAV ...8672 transaction#: 21354796552 | Account transfer | $500.00 | $596.57 |
| JUL 5, 2024 | Zelle payment from SERENA TAVASSOLI 21318337739 | Zelle | $1.00 | $96.57 |
| JUL 1, 2024 | Zelle payment to DAYANA JPM99ajj0i0n | Zelle | -$500.00 | $95.57 |
| JUL 1, 2024 | Zelle payment to DAYANA JPM99ajilfx9 | Zelle | -$500.00 | $595.57 |
| JUL 1, 2024 | Online Transfer from SAV ...8672 transaction#: 21253903457 | Account transfer | $500.00 | $1,095.57 |
| JUN 28, 2024 | Zelle payment to Sam JPM99ajghet5 | Zelle | -$500.00 | $595.57 |
| JUN 28, 2024 | Zelle payment to DAYANA JPM99ajfrc5x | Zelle | -$500.00 | $1,095.57 |
| JUN 27, 2024 | Zelle payment to MARTIN 21223428647 | Zelle | -$55.00 | $1,595.57 |
| JUN 26, 2024 | Zelle payment to DAYANA JPM99ajb5x3x | Zelle | -$500.00 | $1,650.57 |
| JUN 25, 2024 | Zelle payment to DAYANA JPM99aj90pjy | Zelle | -$500.00 | $2,150.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj7841g | Zelle | -$200.00 | $2,650.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj5i2jx | Zelle | -$500.00 | $2,850.57 |
| JUN 24, 2024 | Zelle payment to DAYANA JPM99aj4pztx | Zelle | -$500.00 | $3,350.57 |
| JUN 21, 2024 | Zelle payment to DAYANA JPM99aj3lfz8 | Zelle | -$500.00 | $3,850.57 |
| JUN 21, 2024 | Zelle payment to MARTIN 21166308319 | Zelle | -$40.00 | $4,350.57 |
| JUN 18, 2024 | MONTHLY SERVICE FEE | Fee | -$25.00 | $4,390.57 |
| JUN 18, 2024 | INTEREST PAYMENT | Deposit | $0.02 | $4,415.57 |
| JUN 17, 2024 | Zelle payment to DAYANA JPM99aisidp8 | Zelle | -$1,500.00 | $4,415.55 |
| JUN 13, 2024 | Zelle payment to DAYANA JPM99ainid1s | Zelle | -$500.00 | $5,915.55 |
| JUN 12, 2024 | Zelle payment to DAYANA JPM99ailxr8m | Zelle | -$500.00 | $6,415.55 |
| JUN 11, 2024 | Zelle payment to DAYANA JPM99aik92si | Zelle | -$500.00 | $6,915.55 |
| JUN 10, 2024 | Zelle payment to MARTIN 21039241365 | Zelle | -$55.00 | $7,415.55 |
| JUN 10, 2024 | Zelle payment to DAYANA JPM99aiff2zt | Zelle | -$500.00 | $7,470.55 |

"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."

JP Morgan Chase Bank N.A, Member FDIC

# KENAN K ALEXANDER

## CHASE PREMIER SAVINGS (....8672)

| Available balance | Present balance | Next statement closing date |
|---|---|---|
| $ -1,799 41 | -$1,799.41 | OCT 16, 2024 |

| Posted | Description | Type | Amount | Balance |
|---|---|---|---|---|
| **Pending transactions** | | | | |
| Pending | ORIG CO NAME:VERIZON WIRELESS CO ENTRY DESCR:PAYMENTS SEC:CCD IND ID:054255429700001 ORIG ID:6223344794 | ACH | -$714.64 | -$1,799.41 |
| Pending | ORIG CO NAME:ACHMA VISB CO ENTRY DESCR:BILL PYMNT SEC:WEB IND ID:6390979 ORIG ID:0000751800 | ACH | -$1,743.18 | -$1,084.77 |
| **Recent transactions** | | | | |
| SEP 18, 2024 | INTEREST PAYMENT | Deposit | $0.01 | $658.41 |
| SEP 10, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$1,743.18 | $658.40 |
| SEP 3, 2024 | Online Transfer to CHK ...2005 transaction#: 21940440095 09/03 | Account transfer | -$250.00 | $658.40 |
| AUG 16, 2024 | INTEREST PAYMENT | Deposit | $0.02 | $908.40 |
| AUG 13, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$641.85 | $908.38 |
| JUL 17, 2024 | INTEREST PAYMENT | Deposit | $0.04 | $1,550.23 |
| JUL 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$844.01 | $1,550.19 |
| JUL 9, 2024 | Online Transfer to CHK ...2005 transaction#: 21354796552 07/09 | Account transfer | -$500.00 | $2,394.20 |
| JUL 1, 2024 | Online Transfer to CHK ...2005 transaction#: 21253903457 07/01 | Account transfer | -$500.00 | $2,894.20 |
| JUN 18, 2024 | INTEREST PAYMENT | Deposit | $0.21 | $3,394.20 |
| JUN 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$327.71 | $3,393.99 |
| JUN 6, 2024 | Online Transfer to CHK ...2005 transaction#: 21011434924 06/06 | Account transfer | -$10,000.03 | $3,721.70 |
| JUN 3, 2024 | Online Transfer to CHK ...2005 transaction#: 20981523465 06/03 | Account transfer | -$1,000.00 | $13,721.73 |
| MAY 31, 2024 | Online Transfer to CHK ...2005 transaction#: 20948989030 05/31 | Account transfer | -$1,000.00 | $14,721.73 |
| MAY 30, 2024 | Online Transfer to CHK ...2005 transaction#: 20934204097 05/30 | Account transfer | -$2,000.00 | $15,721.73 |
| MAY 20, 2024 | Online Transfer to CHK ...2005 transaction#: 20839163059 05/20 | Account transfer | -$1,000.00 | $17,721.73 |
| MAY 20, 2024 | Online Transfer to CHK ...2005 transaction#: 20821712658 05/20 | Account transfer | -$1,000.00 | $18,721.73 |
| MAY 16, 2024 | INTEREST PAYMENT | Deposit | $0.34 | $19,721.73 |
| MAY 14, 2024 | Online Transfer to CHK ...2005 transaction#: 20773681497 05/14 | Account transfer | -$1,000.00 | $19,721.39 |
| MAY 13, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$340.23 | $20,721.39 |

| APR 26, 2024 | Online Transfer to CHK ...2005 transaction#: 20589640256 04/26 | Account transfer | -$500.00 | $21,061.62 |
| APR 17, 2024 | Online Transfer to CHK ...2005 transaction#: 20498660561 04/17 | Account transfer | -$500.00 | $21,561.62 |
| APR 16, 2024 | INTEREST PAYMENT | Deposit | $0.39 | $22,061.62 |
| APR 16, 2024 | Online Transfer to CHK ...2005 transaction#: 20489130743 04/16 | Account transfer | -$500.00 | $22,061.23 |
| APR 16, 2024 | Online Transfer to CHK ...2005 transaction#: 20485075977 04/16 | Account transfer | -$200.00 | $22,561.23 |
| APR 15, 2024 | Online Transfer to CHK ...2005 transaction#: 20466524592 04/15 | Account transfer | -$500.00 | $22,761.23 |
| APR 11, 2024 | VERIZON WIRELESS PAYMENTS 054255429700001 CCD ID: 6223344794 | ACH | -$340.14 | $23,261.23 |
| APR 8, 2024 | Online Transfer to CHK ...2005 transaction#: 20410493000 04/08 | Account transfer | -$1,000.00 | $23,601.37 |
| APR 8, 2024 | Online Transfer to CHK ...2005 transaction#: 20399443192 04/08 | Account transfer | -$1,500.00 | $24,601.37 |
| MAR 18, 2024 | INTEREST PAYMENT | Deposit | $0.46 | $26,101.37 |

"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."

JP Morgan Chase Bank N.A. Member FDIC

# EXHIBIT D

## AFFIDAVIT OF WENDY GREEN

**STATE OF TEXAS §**
**COUNTY OF Harris §**

I, **Wendy Green**, being of sound mind and over the age of eighteen (18), hereby declare under penalty of perjury that the following statements are true, correct, and complete to the best of my knowledge and recollection:

1. On or about **October 7, 2024**, I accompanied **Dayana Alexander**, the estranged wife of **Kenan Alexander**, to the **Navy Federal Credit Union.**
2. When we arrived, she instructed me **not to get out of the vehicle**, telling me to stay in the car. I felt that was unusual and uncomfortable.
3. Dayana Alexander then went into the bank **alone.** When she returned, she had an **envelope containing cash** and told me, *"I'll bring you back home because I'm about to go somewhere."*
4. After dropping me off, she **never returned.** She **did not contact me again** or respond to any of my attempts to reach her.
5. Her disappearance after that day deeply **hurt and disturbed me**, as I had no idea what she planned or why she left.

**FURTHER AFFIANT SAYETH NOT.**

_Wendy Green_

**Wendy Green, Affiant**
Date: **1 November 2025**

**SUBSCRIBED AND SWORN TO** (or affirmed) before me, the undersigned authority, on this **1** day of **November**, 20, by **Wendy Green**, who personally appeared before me and provided satisfactory identification and acknowledged that she executed this affidavit voluntarily for the purposes stated herein.

_signature_

**Notary Public, State of Texas**

My Commission Expires: **07-17-2029**
**[SEAL]**

ASHLEIGH WYKES
Notary Public, State of Texas
Comm. Expires 07-17-2029
Notary ID 135520777

# EXHIBIT E

## AFFIDAVIT OF KENAN ALEXANDER

**STATE OF TEXAS** §
**COUNTY OF** Harris §

I, **Kenan Alexander**, being of sound mind and over the age of eighteen (18), hereby declare under penalty of perjury that the following statements are true, correct, and complete to the best of my knowledge, information, and belief:

1. On or about **October 7, 2024**, my estranged wife, **Dayana Alexander**, went missing.
2. On the last day she was home, she and my aunt **Wendy Green** ran errands, including a visit to **Navy Federal Credit Union**. Upon their return, my wife packed a bag and left. She has not returned since that day.
3. Over the following days, my family and I searched for her, including checking with the **Harris County Institute of Forensic Sciences** to see if there were any unidentified persons matching her description.
4. Around the middle of **October 2024**, I discovered that I did not have sufficient funds for a withdrawal I attempted to make. Upon inquiry, I learned that unauthorized transactions had been made from my **Chase Bank** account.
5. I immediately reported the matter to **Chase Bank**, and case number **ECW241112-07109** was initiated.
6. Upon reviewing my account activity, I observed multiple **unauthorized Zelle transfers**, many showing the recipient name "**Dayana**." It became apparent that my estranged wife had gained unauthorized access to my individual Chase account and transferred funds to herself over time.
7. The funds in the account originated solely from a **personal-injury settlement** awarded to me individually. These funds were deposited with **Chase Bank** as my life savings, as I am disabled and unable to work.
8. I understand that a financial institution may recognize a spouse as having certain access privileges; however, for a spouse to deplete all funds from an account and permanently disappear constitutes **theft and fraud**, and I believe this should have triggered immediate protective action by Chase Bank.
9. Under **Texas Family Code § 3.001(3)**, "separate property" includes "the recovery for personal injuries sustained by a spouse during marriage, except any recovery for loss of earning capacity during marriage." Thus, the settlement proceeds in my account were **my separate property**, not community funds.
10. In **February or March 2025**, my aunt **Wendy Green** and I visited a local **Chase Bank** branch to establish banking for her monthly disability benefits.
11. While assisting us, the banker reviewed and verified the contact information listed on my account. She stated that my account showed the phone number **(281) 210-4043** and email **dayanaalexander02@yahoo.com**
12. I immediately denied that information, explaining that those contact details belong to my estranged wife, **Dayana Alexander**. My correct contact information is phone **(281) 903-4973** and email **kenanalexander@yahoo.com**
13. It was at that time that I realized my account had been registered for **online banking**, a service I never personally signed up for or used.

14. The email associated with my account matched that of my estranged wife and corresponds with her first name appearing on the Zelle transfers.
15. The failure of **Chase Bank** to properly verify identity when setting up or authorizing online banking access enabled my estranged wife to commit **theft and fraud** against my account, resulting in the depletion of my settlement funds.

**FURTHER AFFIANT SAYETH NOT.**

**Kenan Alexander, Affiant**

Date: *11-1-25*

**SUBSCRIBED AND SWORN TO** (or affirmed) before me, the undersigned authority, on this __1__ day of November, 20, by **Kenan Alexander**, who personally appeared before me and provided satisfactory identification and acknowledged that he executed this affidavit voluntarily for the purposes stated herein.

**Notary Public, State of Texas**

My Commission Expires: 07-17-2029
**[SEAL]**

ASHLEIGH WYKES
Notary Public, State of Texas
Comm. Expires 07-17-2029
Notary ID 136520777

2 of 2

**EXHIBIT F**

CHAPTER 3. MARITAL PROPERTY RIGHTS AND LIABILITIES

SUBCHAPTER A. GENERAL RULES FOR SEPARATE AND COMMUNITY PROPERTY

Sec. 3.001.  SEPARATE PROPERTY.  A spouse's separate property consists of:

(1)  the property owned or claimed by the spouse before marriage;

(2)  the property acquired by the spouse during marriage by gift, devise, or descent; and

(3)  the recovery for personal injuries sustained by the spouse during marriage, except any recovery for loss of earning capacity during marriage.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.002.  COMMUNITY PROPERTY.  Community property consists of the property, other than separate property, acquired by either spouse during marriage.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.003.  PRESUMPTION OF COMMUNITY PROPERTY.  (a)  Property possessed by either spouse during or on dissolution of marriage is presumed to be community property.

(b)  The degree of proof necessary to establish that property is separate property is clear and convincing evidence.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.004.  RECORDATION OF SEPARATE PROPERTY.  (a)  A subscribed and acknowledged schedule of a spouse's separate property may be recorded in the deed records of the county in which the parties, or one of them, reside and in the county or counties in which the real property is located.

(b)  A schedule of a spouse's separate real property is not constructive notice to a good faith purchaser for value or a creditor without actual notice unless the instrument is acknowledged and recorded in the deed records of the county in which the real property is located.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.005.  GIFTS BETWEEN SPOUSES.  If one spouse makes a gift of property to the other spouse, the gift is presumed to include all the income and property that may arise from that property.

Added by Acts 1997, 75th Leg., ch. 7, Sec. 1, eff. April 17, 1997.


Sec. 3.006.  PROPORTIONAL OWNERSHIP OF PROPERTY BY MARITAL ESTATES.  If the community estate of the spouses and the separate estate of a spouse have an ownership interest in property, the respective ownership interests of the marital estates are determined by the rule of inception of title.

Added by Acts 1999, 76th Leg., ch. 692, Sec. 1, eff. Sept. 1, 1999.  Amended by Acts 2001, 77th Leg., ch. 838, Sec. 3, eff. Sept. 1, 2001.