United States Courts
Southern District of Texas
**FILED**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **26 CV 3539**

MAY 0 8 2026

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Nathan Ochsner, Clerk of Court

This summons for  **TRANS UNION LLC**
was received by me on  **5/04/2026:**

☐  I personally served the **Summons; Complaint** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Corporation Services Company**, who is designated by law to accept service of process on behalf of **TRANS UNION LLC** at **211 E 7th St Ste 620, Austin, TX 78701** on **05/07/2026 at 2:58 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 86.00** for services, for a total of **$ 86.00**.

I declare under penalty of perjury that this information is true.

Date:   05/07/2026

*Server's signature*

**Kelly Murski**
*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required**
**Unit #27011**
**Austin, TX 78755**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint,  to Corporation Services Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.  Served Mak Hayes.**




Tracking #: 0222244309