**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KENAN ALEXANDER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-05239** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Defendant JPMorgan Chase Bank filed a Motion to Dismiss on January 12, 2026. ECF No. 9. On March 19, Plaintiff filed his First Amended Complaint with the Court's leave. ECF No. 19. Accordingly, Defendant's Motion is now moot. Plaintiff's amended complaint supersedes his prior complaint, which was the basis of the Motion. The amended pleading renders the prior pleading of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Defendant has filed a subsequent Motion to Dismiss the amended complaint. Therefore, the Motion to Dismiss (ECF No. 9) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of June, 2026.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE