United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KENAN ALEXANDER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-05239** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER VACATING PREVIOUS ORDER**

The Court **VACATES** the Order entered on June 30, 2026, denying as Moot Defendant JPMorgan Chase Bank's Motion to Dismiss (ECF No. 27). This Order was entered in error. The correct Order denying as moot Defendant's previous Motion to Dismiss can be found in docket entry number 25.

Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 20) remains pending before the Court.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 8, 2026.

Keith P. Ellison
United States District Judge