**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Kenan Alexander
*Plaintiff(s),*

v. Case No. 4:25−cv−05239

JPMorgan Chase Bank, N.A.
*Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Dismiss − #20

DATE: **10/22/2026**

TIME: **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING, PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**
By A. Rivera, Deputy Clerk

Date: October 6, 2026