United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KENAN ALEXANDER,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-05239** |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**FINAL JUDGMENT**

Plaintiff Kenan Alexander brought this suit against JPMorgan Chase Bank, N.A. (Doc. No. 1). Defendant filed a Motion Dismiss (Doc. No. 20). The Court granted Defendant's Motion to Dismiss, dismissing all of Plaintiff's claims with prejudice at a hearing on October 22, 2026.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant JPMorgan Chase Bank, N.A.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 23rd day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE